## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Charles W. Walsh, III, Laura Blau and Philadelphia Community Development Coalition | : : : : | |
| v. | : : | No. 862 C.D. 2018 |
| Teresa F. Isabella and 325 S. 18th Street, LLC | : : : | |
| Appeal of: 325 S. 18th Street, LLC | | |

**PER CURIAM**                                        **O R D E R**

NOW, June 2, 2020, having considered Appellant's application for reconsideration, the application is denied.